LAWRENCE A. HOBEL, CA State Bar No. 73364
CHARLES M. HUNGERFORD, CA State Bar No. 66263
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiffs THE BAY INSTITUTE OF SAN FRANCISCO;
PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS

HAMILTON CANDEE, CA State Bar No. Bar No. 111376
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161

Attorneys for Plaintiff NATURAL RESOURCES DEFENSE COUNCIL

THOMAS J. GRAFF, CA State Bar No. 47920
Rockridge Market Hall
5655 College Avenue
Oakland, California  94618
Telephone: (510) 658-8008
Facsimile: (510) 658-0630

Attorney for Plaintiff ENVIRONMENTAL DEFENSE FUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al,.*<br><br>           Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>           Defendants. | CV-F-97-6140 OWW<br>CV-F-98-5261 OWW (Consolidated)<br><br>**STIPULATION TO CONTINUE HEARING ON SAN LUIS & DELTA-MENDOTA WATER AUTHORITY'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT; ORDER** |
| SAVE SAN FRANCISCO BAY ASSOC., *et al.,*<br>           Plaintiffs,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.,*<br><br>           Defendants. | |

Heller Ehrman White & McAuliffe LLP

STIPULATION TO CONTINUE HEARING ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT; [PROPOSED] ORDER
E.D.Cal. CV-F-97-6140 OWW

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiffs in *San Luis & Delta-Mendota Water Authority, et al. v. U.S. Department of Interior, et al.*, E.D. Cal. Case No. CV-F-97-6140 (hereafter, "SLDMWA Plaintiffs") have filed a Motion for Leave to File a Supplemental Complaint (hereafter, "SLDMWA Plaintiffs' Motion"); and

WHEREAS, Plaintiffs in the consolidated case of *Save San Francisco Bay Assoc., et al. v. U.S. Department of Interior, et al.*, E.D. Cal. Case No. CV-F-98-5261 (hereafter, "Environmental Plaintiffs") will have difficulty having lead counsel at the requested hearing date of November 14, 2005; and

WHEREAS, counsel for SLDMWA Plaintiffs have agreed to move the date for the hearing on SLDMWA Plaintiffs' Motion to December 5, 2005 at 10:00 a.m., which date and time are agreeable to Environmental Plaintiffs; and

WHEREAS, counsel for Environmental Plaintiffs have contacted the new counsel for Defendants United States Department of the Interior, *et al.* (hereafter, "Federal Defendants"), and the hearing date and time of December 5, 2005 at 10:00 a.m. is also agreeable to Federal Defendants;

IT IS THEREFORE STIPULATED by the parties through their counsel of record that:

1. The hearing on SLDMWA Plaintiffs' Motion shall be continued to December 5, 2005 at 10:00 a.m.
2. Opposition papers will be due on November 14, 2005.
3. Reply papers will be due on November 23, 2005.

Respectfully submitted,

DATED:  October 24, 2005            HELLER EHRMAN LLP


By _____
    LAWRENCE A. HOBEL
    CHARLES M. HUNGERFORD

Attorneys for Plaintiffs THE BAY INSTITUTE OF SAN FRANCISCO and PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS

Heller Ehrman White & McAuliffe LLP

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: October 24, 2005 | NATURAL RESOURCES DEFENSE COUNCIL |
| | By   /s/ - Hamilton Candee<br>    HAMILTON CANDEE |
| | Attorneys for Plaintiff NATURAL RESOURCES DEFENSE COUNCIL |
| DATED: October 24, 2005 | |
| |   /s/ - Thomas Graff<br>    THOMAS J. GRAFF<br>    CYNTHIA L. KOEHLER |
| | Attorneys for Plaintiffs ENVIRONMENTAL DEFENSE FUND, SAVE SAN FRANCISCO BAY ASSOCIATION |
| DATED: October 20, 2005 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| | By   /s/ - Daniel O'Hanlon<br>    DANIEL J. O'HANLON |
| | Attorneys for Plaintiffs SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT |
| DATED: October 24, 2005 | UNITED STATES DEPARTMENT OF JUSTICE |
| | By   /s/ - Charles Shockey<br>    CHARLES R. SHOCKEY |
| | Attorneys for Defendants UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* |

3

PDF created with pdfFactory trial version www.pdffactory.com

**Pursuant to the stipulation of the parties, the Court hereby ORDERS that:**

1. The hearing on SLDMWA Plaintiffs' Motion shall be continued to December 5, 2005 at 10:00 a.m.
2. Opposition papers will be due on November 14, 2005.
3. Reply papers will be due on November 23, 2005.

**IT IS SO ORDERED.**

DATED: October 26, 2005         /s/Oliver W. Wanger
                                OLIVER W. WANGER
                                United States District Judge

Heller Ehrman White & McAuliffe LLP

4

STIPULATION TO CONTINUE HEARING ON MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT; [PROPOSED] ORDER
E.D.Cal. CV-F-97-6140 OWW

PDF created with pdfFactory trial version www.pdffactory.com