JEREMY L. FRIEDMAN, CA Bar No. 142659
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

CYNTHIA L. KOEHLER, CA Bar No. 124261
THOMAS J. GRAFF, CA Bar No. 47920
Rockridge Market Hall
5655 College Avenue
Oakland, CA 94618
Telephone: (510) 658-8008
Facsimile: (510) 658-0630

Attorneys for environmental plaintiffs (BAY INSTITUTE
OF SAN FRANCISCO; ENVIRONMENTAL DEFENSE,
SAVE SAN FRANCISCO BAY ASSOCIATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF INTERIOR, *et al.*, <br><br> Defendants. <br>_____ <br> SAVE SAN FRANCISCO BAY ASSOC. *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF INTERIOR, *et al.*, <br><br> Defendants. <br>_____ | CV-F-97-6140 OWW <br> CV-F-98-5261 OWW (consolidated) <br><br> **STIPULATION AND ORDER RE EAJA FEE AWARD** <br><br> **Hon. Oliver W. Wanger** |

Pursuant to the Court's March 29, 2006 Order, environmental plaintiffs' revised fee petition, and federal defendants objections thereto, the parties hereby stipulate to a final order on environmental plaintiffs' award of attorneys' fees, expert fees and litigation expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d). The parties stipulate to the following award:

**MERITS FEES**

| TIMEKEEPER | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| **Attorneys** | | | |
| Cynthia Koehler | $400 | 1,823 | $729,200 |
| Paul Peters | $150 | 359 | $53,850 |
| Attorney Expenses | | | $3,979 |
| **Experts** | | | |
| A. Spreck Rosekrans | $150 | 306 | $45,900 |
| Christina Swanson | $100 | 32 | $3,200 |
| Betty Andrews | $135 | 72.5 | $9,787 |
| Expert Expenses | | | $419 |
| **TOTAL MERITS LODESTAR** | | | **$846,335** |

**FEES ON FEES**

| TIMEKEEPER | RATE | HOURS | AMOUNTS |
|---|---|---|---|
| **Attorneys** | | | |
| Cynthia Koehler | $400 | 89 | $35,600 |
| Jeremy L. Friedman | $150 | 175 | $26,250 |
| **TOTAL FEES ON FEES LODESTAR** | | | $61,850 |

For the foregoing reasons, the parties stipulate to the entry of a final award of $908,185 in attorneys fees and costs. This stipulation is made without waiver of any parties' right on appeal in connection with the Court's March 29, 2006 Order.

| | | |
|---|---|---|
| 1 | Dated: June 2, 2006 | Respectfully submitted, |
| 2 | | JEREMY L. FRIEDMAN, Esq. |
| 3 | | By: S/Jeremy L. Friedman |
| | | Jeremy L. Friedman |
| 4 | | Attorneys for BAY INSTITUTE OF SAN FRANCISCO; ENVIRONMENTAL DEFENSE, and SAVE SAN FRANCISCO BAY ASSOCIATION |

Dated: June 8, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

By: S/Charles R. Shockey
CHARLES R. SHOCKEY
Attorney, Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice

**ORDER**

Pursuant to the Court's previous Order and the parties' stipulation, environmental plaintiffs' revised fee petition is granted. Federal defendants shall remit to environmental plaintiffs' fees counsel $908,185 in attorneys fees and costs.

**SO ORDERED**

IT IS SO ORDERED.

**Dated:   June 8, 2006**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE