UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.,*<br>    Plaintiffs,<br><br>SAVE SAN FRANCISCO BAY ASSOCIATION, *et al.,*<br>    Plaintiffs,<br><br>PIXLEY IRRIGATION DISTRICT, *et al.,*<br>    Plaintiffs-in-Intervention<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,*<br>    Defendants. | CIV. NO. F-97-6140 OWW/DLB<br>CIV. NO. F-98-5261 OWW/DLB<br>(CONSOLIDATED)<br><br>ORDER APPROVING STIPULATION TO DISMISS ENVIRONMENTAL PLAINTIFFS' DORMANT CLAIMS WITHOUT PREJUDICE |

This matter is before the Court on the joint stipulation filed by Save San Francisco Bay Association, *et al.* (Environmental Plaintiffs), and the United States Department of the Interior, *et al.* (Defendants), to dismiss without prejudice the "dormant claims" in the Environmental Plaintiffs' First Amended Complaint, *i.e.,* "those claims (1) that were not resolved by the Court pursuant to the 1999 Summary Judgment and Preliminary Injunction Order(s) and (2) that were not the Accounting Issues subject to this Court's rulings under Rules 21 and 54(b) of the Federal Rules of Civil Procedure and the Ninth Circuit's Opinions." Env. Pls. Voluntary Motion to Dismiss at 2 (footnotes

ORDER APPROVING STIPULATION TO DISMISS ENVIRONMENTAL         CIV. NO. F-97-6140 OWW/DLB
PLAINTIFFS' DORMANT CLAIMS WITHOUT PREJUDICE                          CIV. NO. F-98-5261 OWW/DLB
[PROPOSED]

omitted).  The motion also specified that these "dormant claims do not include the Environmental Plaintiffs' request for attorneys fees and costs heretofore made or any order of this Court that forms a basis for such request." *Id*.

Having reviewed the matter, the Court finds that good cause exists to APPROVE the stipulation and dismiss the Environmental Plaintiffs' dormant claims without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2) and pursuant to this Court's Order Re Motion To File A Supplemental Complaint, dated May 17, 2006.

Accordingly, IT IS HEREBY ORDERED that the stipulation to dismiss without prejudice the Environmental Plaintiffs' dormant claims in their First Amended Complaint is APPROVED; and

IT IS FURTHER ORDERED that the dormant claims in the Environmental Plaintiffs' First Amended Complaint are hereby DISMISSED WITHOUT PREJUDICE.  This dismissal has no bearing on the Court's award of attorneys' fees and costs of litigation to the Environmental Plaintiffs.

SO ORDERED this _21st__ day of __June_____, 2006.

/s/ OLIVER W. WANGER_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Presented by:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    (916) 930-2203
Facsimile:    (916) 930-2210
Email:        charles.shockey@usdoj.gov
Attorney for Defendants