FILED

FEB 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br>Plaintiffs,<br><br>SAVE SAN FRANCISCO BAY ASSOCIATION, *et al.*,<br>Plaintiffs,<br><br>PIXLEY IRRIGATION DISTRICT, *et al.*,<br>Plaintiffs-in-Intervention<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>Defendants. | CIV. NO. F-97-6140 OWW/DLB<br>CIV. NO. F-09-5261 OWW/DLB<br>(CONSOLIDATED)<br><br>ORDER GRANTING MOTION TO DISMISS PIXLEY IRRIGATION DISTRICT'S DORMANT CLAIMS WITH PREJUDICE<br><br>[PROPOSED] |

This matter is before the Court on the motion stipulation filed by the United States Department of the Interior, *et al.* (Defendants), to dismiss with prejudice the "dormant claims" in the Amended Complaint filed by Pixley Irrigation District, *et al.* (Pixley). The "dormant claims" refers to those claims that were not previously resolved by the Court in its prior rulings in this case. On May 17, 2006, the Court entered an Order Re Motion to File a Supplemental Complaint (Doc. 645). The Court ordered that "the parties shall have until **May 27, 2006** to either dismiss existing dormant claims or assert new claims." Doc. 645 at 21 (bold supplied by court).

ORDER GRANTING MOTION TO DISMISS PIXLEY IRRIGATION
DISTRICT'S DORMANT CLAIMS WITH PREJUDICE
[PROPOSED]

CIV. NO. F-97-6140 OWW/DLB
CIV. NO. F-98-5261 OWW/DLB

Pixley, along with the other seven parties aligned with it, has not responded to the Court's May 17, 2006 Order, nor has Pixley either dismissed its existing dormant claims or asserted new claims. The May 27, 2006 deadline has passed. Accordingly, the defendants have moved to dismiss with prejudice all remaining pending and dormant claims contained with Pixley's Amended Complaint that have not previously been adjudicated.

Having reviewed the matter, the Court finds that good cause exists to GRANT the defendants' motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(b) and pursuant to this Court's Order Re Motion To File A Supplemental Complaint, dated May 17, 2006.

Accordingly, IT IS HEREBY ORDERED that the defendants' motion to dismiss with prejudice the remaining and dormant claims in the Amended Complaint filed by Pixley Irrigation District, *et al.,* is GRANTED; and

IT IS FURTHER ORDERED that the remaining and dormant claims in the Amended Complaint filed by Pixley Irrigation District, *et al.,* are hereby DISMISSED WITH PREJUDICE.

SO ORDERED this 23rd day of February, 2007.

_____
HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Presented by:

CHARLES R. SHOCKEY, Attorney
   D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:       charles.shockey@usdoj.gov
Attorney for Defendants

ORDER GRANTING MOTION TO DISMISS PIXLEY IRRIGATION      CIV. NO. F-97-6140 OWW/DLB
DISTRICT'S DORMANT CLAIMS WITH PREJUDICE               CIV. NO. F-98-5261 OWW/DLB
[PROPOSED]                                             PAGE 2