1  DANIEL J. O'HANLON, State Bar No. 122380
   BECKY DELL SHEEHAN, State Bar No. 201596
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, California 95814-4417
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for Plaintiffs San Luis & Delta-Mendota
6  Water Authority and Westlands Water District

7  DIANE RATHMANN, State Bar No. 89845
   LINNEMAN, BURGESS, TELLES, VAN ATTA,
8  VIERRA, RATHMANN, WHITEHURST & KEENE
   1820 Marguerite Street
9  Dos Palos, California 93620
   Telephone: (209) 392-2141
10 Facsimile: (209) 392-3964

11 Attorneys for Plaintiff
   San Luis & Delta-Mendota Water Authority
12
   *Additional Counsel Listed on Signature Page*
13

14
                        UNITED STATES DISTRICT COURT
15
                       EASTERN DISTRICT OF CALIFORNIA
16

| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT, | CIV F-97-6140 OWW<br>CIV F-98-5261 OWW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF FOURTH THROUGH SIXTH CLAIMS OF SECOND AMENDED COMPLAINT AND SCHEDULE FOR BRIEFING AND HEARING OF CLAIMS IN SUPPLEMENTAL COMPLAINT** |
| v. | |
| PIXLEY IRRIGATION DISTRICT, et al., | |
| Plaintiffs-in-Intervention | |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| SAVE THE SAN FRANCISCO BAY ASSOCIATION, et al., | |
| Plaintiffs, | |
| v. | |

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,

        Defendants.

WHEREAS, the San Luis & Delta Mendota Water Authority and Westlands Water District (jointly "Plaintiffs") filed their *Second Amended Complaint for Declaratory and Injunctive Relief* ("Second Amended Complaint") in action number CIV. F-97-6140 OWW on April 5, 2001;

WHEREAS, the First, Second and Third Claims of the Second Amended Complaint were finally resolved by the Court's Partial Final Judgment entered on March 20, 2002, and by related appeals, but the Fourth, Fifth and Sixth Claims of the Second Amended Complaint remain pending;

WHEREAS, the Plaintiffs no longer desire to pursue the Fourth, Fifth and Sixth Claims in the Second Amended Complaint provided these claims are dismissed without prejudice, and the United States of America, et al. ("Federal Defendants") do not object to dismissal of these claims without prejudice, which dismissal will resolve all remaining claims in the Second Amended Complaint;

WHEREAS, the Plaintiffs filed a *Supplemental Complaint for Declaratory and Injunctive Relief re (b)(2) Accounting for 2004 (b)(2) Accounting Year*, Doc. 646, ("Supplemental Complaint") on May 19, 2006, which alleges that the section 3406(b)(2) accounting decision for the period October 1, 2003 through September 30, 2004 was arbitrary, capricious, an abuse of discretion, and contrary to law; and

WHEREAS, the Plaintiffs and Federal Defendants (together the "Parties") have agreed upon and propose to the Court a schedule for resolution of the claims in the Supplemental Complaint by motions for summary judgment, which motions are expected to resolve all of Plaintiffs' remaining claims in this action.

**NOW, THEREFORE, the Parties agree as follows**:

PDF created with pdfFactory trial version www.pdffactory.com

1. The Fourth, Fifth and Sixth Claims of the Second Amended Complaint shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. On or before September 4, 2007, the Federal Defendants shall lodge the administrative record regarding the claims in the Supplemental Complaint, and provide a copy of the record to Plaintiffs.

3. Plaintiffs and Federal Defendants shall thereafter confer and seek to resolve any issues related to the contents of the administrative record. Plaintiffs believe that the complex and technical nature of the accounting issues may require explanatory declarations by experts to facilitate the Court's review, but Plaintiffs will withhold judgment on that issue until after they have reviewed the record prepared by Federal Defendants. If the Parties are unable to resolve issues concerning the record, the unresolved issues shall be presented to the Court for resolution under the following schedule:

|   |   |   |
|---|---|---|
| a. | Last day for Plaintiffs to file Motion to Augment Administrative Record | September 28, 2007 |
| b. | Last day for Federal Defendants to file Opposition to Motion to Augment Record | October 8, 2007 |
| c. | Last day for Plaintiffs to file Reply in Support of Motion to Augment Administrative Record | October 15, 2007 |
| d. | Hearing on Motion to Augment Administrative Record | October 22, 2007 at 10:00 a.m. |

4. The schedule for briefing and hearing of motions for summary judgment on the claim in the Supplemental Complaint is:

|   |   |   |
|---|---|---|
| a. | Last day for Plaintiffs to file Motion for Summary Judgment | November 19, 2007 |

861203.1 -3- Stipulation and Order for Dismissal Without Prejudice And Briefing Schedule

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| | b. | Last day for Federal Defendants to file Opposition to Motion(s) for Summary Judgment and any Cross Motion for Summary Judgment | December 17, 2007 |
| | c. | Last day for Plaintiffs to file Reply in Support of Motion for Summary Judgment and Opposition to any Cross Motion for Summary Judgment | January 7, 2008 |
| | d. | Last day for Federal Defendants to file Reply in Support of Cross Motion for Summary Judgment | January 22, 2008 |
| | e. | Hearing on Cross Motions for Summary Judgment | February 11, 2008 at 9:00 a.m. |

Dated:  June 7, 2007

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation


By  /s/ Daniel J. O'Hanlon
DANIEL J. O'HANLON
Attorneys for Plaintiffs
San Luis & Delta-Mendota Water Authority and
Westlands Water District


Dated:  June 7, 2007

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES DIVISION


By  /s/ Charles R. Shockey (as authorized on 6/7/07)
CHARLES R. SHOCKEY
Attorneys for Federal Defendants


## **ORDER**

IT IS SO ORDERED.

DATED:  ____6/11/2007_____

/s/ Oliver W. Wanger
OLIVER W. WANGER
United States District Judge

861203.1                                           -4-                          Stipulation and Order for Dismissal Without Prejudice And
                                                                                                                    Briefing Schedule

PDF created with pdfFactory trial version www.pdffactory.com

*List of Additional Counsel*

THOMAS W. BIRMINGHAM, State Bar No. 110898
WESTLANDS WATER DISTRICT
3130 N. Fresno Street
Fresno, California 93703
Telephone: (559) 224-1523
Facsimile: (559) 241-6277

Attorney for Plaintiff Westlands Water District

JON D. RUBIN, State Bar No. 196944
DIEPENBROCK HARRISON
400 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I, Do Gentry, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814-4417.  On May 24, 2007, I served the within documents:

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF FOURTH THROUGH SIXTH CLAIMS OF SECOND AMENDED COMPLAINT AND SCHEDULE FOR BRIEFING AND HEARING OF CLAIMS IN SUPPLEMENTAL COMPLAINT**

- ¨ By transmitting via facsimile from (916) 321-4555 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m.  A copy of the transmittal/confirmation sheet is attached.

- ý By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

- ¨ By causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

- ¨ By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery

- ¨ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**PLEASE SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 24, 2007, at Sacramento, California.

                                      /s/ Do Gentry
                                       Do Gentry
(original signature retained by attorney Daniel J. O'Hanlon)

PDF created with pdfFactory trial version www.pdffactory.com

# SERVICE LIST

| | |
|---|---|
| Diane Rathmann<br>Linneman, Burgess, Telles, Van Atta, Vierra,<br>Rathmann, Whitehurst & Keene<br>1820 Marguerite Street<br>Dos Palos, CA  93620<br>**Facsimile No.:  (209) 392-3964** | Jeremy Friedman<br>Law Office of Jeremy L. Friedman<br>2801 Sylhowe Road<br>Oakland, CA  94602<br>**Facsimile No.:  (510) 530-9087** |
| Thomas W. Birmingham<br>Westlands Water District<br>3130 N. Fresno Street<br>Fresno, CA  93703<br>**Facsimile No.:  (559) 241-6277** | Jeanne M. Zolezzi<br>Herum Crabtree Brown<br>2291 West March Lane, Suite B100<br>Stockton, CA  95207<br>**Facsimile No.:  (209) 472-7986** |
| Jon D. Rubin<br>Diepenbrock Harrison<br>400 Capitol Mall, 18th Floor<br>Sacramento, CA  95814<br>**Facsimile:  (916) 446-4535** | Daniel M. Dooley<br>Dooley, Herr, Carlson & Peltzer, LLP<br>100 Willow Plaza, Suite 300<br>Visalia, CA  93291<br>**Facsimile No.:  (559) 636-9759** |
| Charles Shockey<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>501 I Street, Suite 9-700<br>Sacramento, CA  95814-2322<br>**Facsimile No.:  (916) 930-2210** | Charles M. Hungerford<br>Heller Ehrman White & McAuliffe<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506<br>**Facsimile No.:  (650) 324-0638** |
| Ernest A. Conant<br>Law Offices of Young Woolridge<br>1800 30th Street, 4th Floor<br>Bakersfield, CA  93301-5298<br>**Facsimile No.:  (661) 327-0720** | Hamilton Candee<br>Natural Resources Defense Council<br>111 Sutter Street, 20th Floor<br>San Francisco, CA  94104<br>**Facsimile No.:  (415) 875-6161** |
| Cynthia L. Koehler<br>Thomas J. Graff<br>Environmental Defense Fund<br>Rockridge Market Hall<br>5655 College Avenue<br>Oakland, CA  94618<br>**Facsimile No.:  (510) 658-0630** | Gregory K. Wilkinson<br>Jennifer Buckman<br>Best Best & Krieger<br>3750 University Avenue, Suite 400<br>Riverside, Ca  92501<br>**Facsimile No.:  (909) 686-3083** |
| Clifford Lee<br>Deputy Attorney General<br>State of California<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-3664<br>**Facsimile No.:  (415) 703-5480** | |

PDF created with pdfFactory trial version www.pdffactory.com