DANIEL J. O'HANLON, State Bar No. 122380
BECKY DELL SHEEHAN, State Bar No. 201596
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814-4417
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs San Luis & Delta-Mendota
Water Authority and Westlands Water District

DIANE RATHMANN, State Bar No. 89845
LINNEMAN, BURGESS, TELLES, VAN ATTA,
VIERRA, RATHMANN, WHITEHURST & KEENE
1820 Marguerite Street
Dos Palos, California 93620
Telephone: (209) 392-2141
Facsimile: (209) 392-3964

Attorneys for Plaintiff
San Luis & Delta-Mendota Water Authority

*Additional Counsel Listed on Last Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>PIXLEY IRRIGATION DISTRICT, et al.,<br><br>Plaintiffs-in-Intervention<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants.<br><br>SAVE THE SAN FRANCISCO BAY ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v. | CIV F-97-6140 OWW<br>CIV F-98-5261 OWW<br><br>**STIPULATION REGARDING AUGMENTATION OF ADMINISTRATIVE RECORD** |

UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,

        Defendants.

WHEREAS, the United States of America, *et al.* ("Federal Defendants") filed and certified the administrative record on September 4, 2007;

WHEREAS, the San Luis and Delta-Mendota Water Authority and Westlands Water District ("Plaintiffs") have identified three documents to be added to the record, and other documents within the record that are not legible;

WHEREAS, Plaintiffs contend that the existing administrative record does not sufficiently explain the agency actions and decisions relating to accounting for use of water under CVPIA section 3406(b)(2) during 2004 to enable judicial review under the Administrative Procedure Act;

WHEREAS, under the Court's *Stipulation and Order for Dismissal Without Prejudice of Fourth Through Sixth Claims of Second Amended Complaint and Schedule for Briefing and Hearing of Claims in Supplemental Complaint* (Docket No. 672), September 28, 2007 is set as the last day for Plaintiffs to file a Motion to Augment Administrative Record;

WHEREAS, the date set for Plaintiffs to file a motion for summary judgment is November 19, 2007;

WHEREAS, in lieu of a motion to augment the record, the Plaintiffs and Federal Defendants have agreed upon the terms regarding the administrative record below; and

WHEREAS, Plaintiffs and Federal Defendants propose that the Court enter an order based upon these terms. .

**NOW, THEREFORE, the parties agree as follows**:

1. The following documents shall be added to the administrative record:
    a. Central Valley Project ("CVP") daily water accounting reports for the months April through September for the years 2002 through 2004;
    b. Revised Water Right Decision 1641, In re Matter of: Implementation of Water Quality Objectives for the San Francisco Bay/Sacramento-San Joaquin Estuary, March 15, 2000; and

873840.1        -2-        Stipulation Regarding Augmentation of Record

PDF created with pdfFactory trial version www.pdffactory.com

    c.  Water Right Decision 1485, Sacramento-San Joaquin Delta and Suisun Marsh, August 1978, State Water Resources Control Board.

  2.  The Federal Defendants will supplement the record with more legible copies of the following documents already in the record:  AR, 93, 436, 438, 440, 442, 444, 446, 448, 450, 452, 454, 456, 458, 1347, 1460, and 1471.

  3.  In support of and concurrently with their motion for summary judgment, Plaintiffs intend to file a declaration by James Snow, Westlands Water District, Deputy General Manager for Water Policy, to explain the water allocations as reflected in the various water accounting tables and other documents in the record.  As the basis for consideration of this extra-record evidence, Plaintiffs intend to rely upon the exceptions to the record review rule for evidence necessary to determine whether an agency has explained its decision, and evidence necessary to explain technical terms or complex subject matter.  See, *Lands Council v. Forester of Region One of the U.S. Forest* Service, 395 F.3d 1019, 1030 (9th Cir. 2004).

  4.  Federal Defendants agree that Plaintiffs may file such a declaration in support of and concurrently their motion for summary judgment.  Provided, however, that Federal Defendants reserve the right to object to the content of the declaration to the extent that it is beyond the scope of the exceptions to the record review rule or not relevant, or to dispute its accuracy.

Dated:  September 28, 2007  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
              A Professional Corporation
              DANIEL J. O'HANLON

              THOMAS W. BIRMINGHAM

              LINNEMAN, BURGESS, TELLES, VAN ATTA,
              VIERRA, RATHMANN, WHITEHURST & KEENE
              DIANE RATHMANN

              DIEPENBROCK HARRISON
              JON D. RUBIN


              By  /s/ Daniel J. O'Hanlon
                DANIEL J. O'HANLON
                Attorneys for Plaintiffs
                San Luis & Delta-Mendota Water Authority and
                Westlands Water District

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: September 28, 2007 | U.S. DEPARTMENT OF JUSTICE<br>ENVIRONMENT AND NATURAL RESOURCES<br>DIVISION |
| | |
| | By   /s/ Charles R. Shockey (as authorized on 9/28/07)<br>CHARLES R. SHOCKEY<br>Attorneys for Federal Defendants |

## **ORDER**

IT IS SO ORDERED.

DATED: September 28, 2007

                          /s/ OLIVER W. WANGER
                          OLIVER W. WANGER
                          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

*List of Additional Counsel*

THOMAS W. BIRMINGHAM, State Bar No. 110898
WESTLANDS WATER DISTRICT
3130 N. Fresno Street
Fresno, California  93703
Telephone:  (559) 224-1523
Facsimile:  (559) 241-6277

Attorney for Plaintiff Westlands Water District

JON D. RUBIN, State Bar No. 196944
DIEPENBROCK HARRISON
400 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535

Attorneys for Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District

PDF created with pdfFactory trial version www.pdffactory.com