
RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment and Natural Resources Division
General Litigation Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:    (916) 930-2210
Email:       charles.shockey@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br>    Plaintiffs,<br><br>SAVE SAN FRANCISCO BAY ASSOCIATION, *et al.*,<br>    Plaintiffs,<br><br>PIXLEY IRRIGATION DISTRICT, *et al.*,<br>    Plaintiffs-in-Intervention<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>    Defendants. | CIV. NO. F-97-6140 OWW/DLB<br>CIV. NO. F-98-5261 OWW/DLB<br>(CONSOLIDATED)<br><br>JOINT STIPULATION RE NOTICE OF FILING OF ADMINISTRATIVE RECORD FOR 2004 WATER YEAR ALLOCATIONS and ORDER<br><br>Local Rules 5-133(b), 83-143(b) |

    Pursuant to Local Rule 5-133(b) and Local Rule 83-143(b), defendants Dirk Kempthorne, Secretary of the Interior, *et al.*, and other parties to this litigation hereby stipulate and agree to the filing of the Administrative Record for the Central Valley Project Improvement Act Section 3406(b)(2) Water Year 2004 Accounting in CD-ROM format, rather than through the standard electronic case management/filing procedures prescribed in Local Rule 5-133(a).  The basis for

JOINT STIPULATION RE NOTICE OF FILING OF ADMINISTRATIVE RECORD FOR
2004 WATER YEAR ALLOCATIONS and ORDER [PROPOSED]

the parties' stipulation is as follows:

    WHEREAS the Administrative Record for the Water Year 2004 Accounting consists of two records, one compiled by the Bureau of Reclamation (BOR) and the other compiled by the U.S. Fish and Wildlife Service (FWS);

    WHEREAS the defendants served all parties with a copy of the Administrative Record on two separate diskettes in Compact Disk-Read-Only-Memory (CD-ROM) format on September 4, 2007 (Doc. 673);

    WHEREAS the defendants simultaneously lodged a copy of the Administrative Record in CD-ROM format with the Clerk of the Court on that date;

    WHEREAS the of Clerk of the Court has advised counsel for the defendants that prior approval of the Court must be obtained in order to lodge these documents in a format *other than* through the Court's CM/ECF system; and

    WHEREAS the parties to this stipulation wish to expedite the Court's ability to review the Administrative Record;

    NOW, THEREFORE, the following parties hereby stipulate and agree to request the Court's permission to allow the defendants to lodge a copy of the Administrative Record in CD-ROM format.  A proposed Order is attached to this Stipulation for the Court's consideration.

    Respectfully submitted on October 2, 2007.

FOR THE DEFENDANTS UNITED STATES OF AMERICA, ET AL.:

/s/ Charles R. Shockey
_____
CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    (916) 930-2203
Facsimile:    (916) 930-2210
Email:    charles.shockey@usdoj.gov

FOR THE PLAINTIFFS SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT:

/s/ Daniel J. O'Hanlon
_____
DANIEL J. O'HANLON, State Bar No. 122380
BECKY DELL SHEEHAN, State Bar No. 201596
Kronick, Moskovitz, Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4417
Telephone:    (916) 321-4500
Facsimile:    (916) 321-4555

THOMAS W. BIRMINGHAM, State Bar No. 110898
Westlands Water District
3130 N. Fresno Street
Fresno, CA 93703
Telephone:    (559) 224-1523
Facsimile:    (559) 241-6277

DIANNE RATHMANN, State Bar No. 89845
Linneman, Burgess, Telles, Van Atta, Vierra,
Rathmann, Whitehurst & Keene
P.O. Box 156, 1820 Marguerite Street
Dos Palos, CA 93620
Telephone:    (209) 392-2141
Facsimile:    (209) 393-3964

JON D. RUBIN, State Bar No. 196944
Diepenbrock Harrison
400 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:    (916) 492-5000
Facsimile:    (916) 446-4535

FOR PLAINTIFF-INTERVENORS BAY INSTITUTE OF SAN FRANCISCO BAY, ET AL.:

/S/ Charles M. Hungerford
_____
CYNTHIA L. KOEHLER, State Bar No. 124261
THOMAS J. GRAFF, State Bar No. 47920
Environmental Defense Fund
5655 College Avenue, Suite 304
Oakland, CA 94618
Telephone:    (510) 658-8008
Facsimile:    (510) 658-0630

JEREMY L. FRIEDMAN, State Bar. No. 142659
Law Office of Jeremy L. Friedman
2801 Sylhowe Road
Oakland, CA 94602
Telephone:    (510) 530-9060
Facsimile:    (510) 530-9087

JOINT STIPULATION RE NOTICE OF FILING OF ADMINISTRATIVE RECORD FOR
2004 WATER YEAR ALLOCATIONS and ORDER [PROPOSED]                            3

```
 1
 2  CHARLES M. HUNGERFORD, State Bar No. 66263
    LAWRENCE A. HOBEL, State Bar No. 73364
 3  Heller Ehrman White & McAuliffe, LLP
    275 Middlefield Road
 4  Menlo Park, CA 94025-3506
    Telephone:   (650) 324-7047
 5  Facsimile:   (650) 435-0648

 6  HAMILTON CANDEE, State Bar. No. 111376
    Natural Resources Defense Counsel
 7  111 Sutter Street, 20th Floor
    San Francisco, CA 94104
 8  Telephone:   (415) 875-6100
    Facsimile:   (415) 875-6161
 9
    FOR THE PLAINTIFF-IN-INTERVENTION STOCKTON EAST WATER DISTRICT:
10
    /s/ Jeanne M. Zolezzi
11  _____
    JEANNE M. ZOLEZZI, State Bar No. 121282
12  KARNA E. HARRIGFELD, State Bar No. 162824
    Herum Crabtree Brown
13  2291 West March Lane, Suite B100
    Stockton, CA 95207
14  Telephone:   (209) 472-7700
    Facsimile:   (209) 472-7986
```

## ORDER APPROVING JOINT STIPULATION

The Court, having considered the parties' joint stipulation, pursuant to L.R. 5-133(b) and L.R. 83-143(b), to request permission for the defendants to lodge the Administrative Record Re 2004 Water Year Allocations with the Court in CD-ROM format, finds good cause to approve the stipulation and accept the record in that format. Accordingly,

IT IS HEREBY ORDERED THAT the defendants may lodge the Administrative Record Re 2004 Water Year Allocations on CD-ROM format, and the Clerk of the Court is directed to lodge and retain the Administrative Record in CD-ROM format pending further order of this Court.

IT IS SO ORDERED.

Dated:   October 3, 2007                    /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

JOINT STIPULATION RE NOTICE OF FILING OF ADMINISTRATIVE RECORD FOR
2004 WATER YEAR ALLOCATIONS and ORDER [PROPOSED]                            4