LAWRENCE A. HOBEL, Bar No. 73364
CHARLES M. HUNGERFORD, Bar No. 66263
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: (415) 772-6000

Attorneys for The Bay Institute of San Francisco; Pacific Coast Federation of Fishermen's Associations

THOMAS J. GRAFF, Bar No. 47920
CYNTHIA L. KOEHLER, Bar No. 124261
123 Mission St., 28th Fl.
San Francisco, California  94105
Telephone: (415) 293-6050

Attorneys for Environmental Defense

KATHERINE POOLE, Bar No. 195010
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Telephone: (415) 875-6100

Attorneys for Natural Resources Defense Council

PAUL A. PETERS, Bar No. 148497
KAUFMAN & LOGAN LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105
Telephone: (415) 247-8300

Attorneys for Save San Francisco Bay Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　　　　　　　　Defendants.<br><br>SAVE SAN FRANCISCO BAY ASSOC., *et al.*,<br><br>　　　Environmental Plaintiffs/Intervenors,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | CV-F-97-6140 OWW<br>CV-F-98-5261 OWW (Consolidated)<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE**<br><br>**Date:** April 7, 2008<br>**Time:** 10:00 a.m.<br>**Courtroom:** Courtroom 3<br>　　　　　　　Hon. Oliver W. Wanger |

1
**STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE  Case Nos.** CV-F-97-6140 OWW; CV-F-98-5261 OWW (Consolidated)

PDF created with pdfFactory trial version www.pdffactory.com

## **STIPULATION**

WHEREAS, the hearing on Motions for Summary Judgment in this matter is currently scheduled for April 7, 2008; and

WHEREAS, counsel to appear at the hearing on behalf of Save San Francisco Bay Association, *et al.*, (Environmental Plaintiffs/Intervenors) is not available to attend the hearing on April 7, 2008, and has requested that the hearing be rescheduled to June 2, 2008; and

WHEREAS, San Luis & Delta-Mendota Water Authority and the Westlands Water District (Plaintiffs) and the U.S. Department of the Interior, *et al.*, (Defendants) do not object to rescheduling the hearing on that basis:

**NOW, THEREFORE, the Parties agree as follows:**

1. That the hearing date on the Motions for Summary Judgment, currently set for April 7, 2008, will be continued to **June 2, 2008, at 10 a.m.**

IT IS SO AGREED.

DATED: March 27, 2008            Respectfully submitted,

                                 By   /s/ Charles R. Shockey (as authorized on 3/27/08)
                                     CHARLES R. SHOCKEY
                                     Attorneys for Defendants
                                     United States Department of the Interior, *et al.*

DATED: March 27, 2008            Respectfully submitted,

                                 By   /s/ Daniel J. O'Hanlon (as authorized on 3/27/08)
                                     DANIEL J. O'HANLON
                                     Attorneys for Plaintiffs
                                     San Luis & Delta-Mendota Water Authority and
                                     Westlands Water District

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: March 27, 2008 | Respectfully submitted, |
| | HELLER EHRMAN LLP |
| | |
| | By  /s/ Lawrence A. Hobel |
| | LAWRENCE A. HOBEL |
| | Attorneys for Environmental Plaintiffs/Intervenors |
| | The Bay Institute of San Francisco and Pacific Coast |
| | Federation of Fisherman's Associations |

**ORDER**

Good cause appearing, the hearing on the Motions for Summary Judgment is hereby continued to June 2, 2008, at 10 a.m.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  March 27, 2008 | By /s/ OLIVER W. WANGER |
| | HON. OLIVER W. WANGER |
| | Judge of the United States District Court |

3
**STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE  Case Nos.** CV-F-97-6140 OWW; CV-F-98-5261 OWW
(Consolidated)

PDF created with pdfFactory trial version www.pdffactory.com