# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>            Defendants. | 1:97-CV-6140 OWW DLB<br>1:98-CV-5261 OWW DLB<br><br>ORDER RE PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR RECONSIDERATION |
| SAVE SAN FRANCISCO BAY Assoc., *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>            Defendants. | |

Environmental Plaintiffs in *Save San Francisco Bay Association, et al.,* 1:98-CV-5261 OWW DLB, request a continuance of the hearing on the pending motion for reconsideration filed by Plaintiffs in the consolidated case, San Luis & Delta-Mendota Water Authority, *et al.*, ("SLDMWA") 1:97-CV-6140 OWW DLB, from its current hearing date of March 16, 2009 to a date in June

1

2009.

Counsel for Environmental Plaintiffs, Paul Allen Peters, Esq., of the Hines & Thomas firm, requests the continuance in light of the dissolution of Heller Ehrman LLP, which firm served as lead counsel for Environmental Plaintiffs through October 2008.  *See* Doc. 713.  Mr. Peters asserts:

> The attorney[]s remaining involved have limited resources.  This firm consists of myself and one other partner.  We have focused our recent efforts on securing replacement counsel.  In addition, on a personal note, for the last 7 days I have been engaged in supporting my wife and newborn twins, who arrived six weeks early and remain in intensive care, where they are projected to stay for another 7-10 days.  Environmental Plaintiffs can and will continue to meet their responsibilities in this case, but respectfully request more time at this critical juncture to handle the pending motion.

Doc. 720 at 1.

SLDMWA opposes the continuance, primarily because Heller Ehrman has not played an active role in this case for some time.  Although the firm withdrew as counsel of record in October 2008, SLDMWA maintains that "as a practical matter" the firm withdrew before then, noting that the motions for summary judgment were ultimately argued by Cynthia Koehler, Esq., because no Heller lawyer was available to argue.  Doc. 712 at 2.  SLDMWA acknowledges that Mr. Peters "now has personal circumstances that prevent him from arguing the motion, [but] [t]here is no explanation...why other, existing counsel of record cannot adequately argue [the case]."  *Id*.  SLDMWA also contends that it will be prejudiced by the delay, because, if, as they contend, the Department of the Interior is not properly accounting for (b)(2) water, contractors may lose water supply as a result.

Doc. 712-2 at 1.

Environmental Plaintiffs rejoin that responding to the motion in question will require more than just appearing at the hearing. Any opposition "must be fully briefed, and most likely, evidence [must be] adduced...." Doc. 722. According to Mr. Peters, the Heller Ehrman firm provided the briefing and the majority of the resources necessary to represent Environmental Plaintiffs to date. Environmental Plaintiffs further point out that SLDMWA made no effort to secure a rapid ruling on their motion, having filed their motion on November 18, 2008, while choosing a hearing date of March 16, 2008.

SLDMWA is correct that the pending motion for reconsideration is limited in scope and is based entirely on judicially noticeable documents. Accordingly, the briefing will not be extraordinarily complex. Nevertheless, given (a) Mr. Peters' representations as to Heller Ehrman's leadership role in briefing of and providing for this case, and (b) Mr. Peters' personal circumstances, a reasonable continuance is appropriate. The hearing on SLMDWA's pending motion for reconsideration is continued until **May 1, 2009, at 10:00 a.m.**

**IT IS SO ORDERED.**

**Dated:   February 23, 2009**              **/s/ Oliver W. Wanger**
                                      **UNITED STATES DISTRICT JUDGE**