| | |
|---|---|
| DANIEL J. O'HANLON, State Bar No. 122380<br>BECKY DELL SHEEHAN, State Bar No. 201596<br>KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>A Professional Corporation<br>400 Capitol Mall, 27th Floor<br>Sacramento, California 95814-4417<br>Telephone: (916) 321-4500<br>Facsimile: (916) 321-4555 | |
DANIEL J. O'HANLON, State Bar No. 122380
BECKY DELL SHEEHAN, State Bar No. 201596
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814-4417
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs San Luis & Delta-Mendota
Water Authority and Westlands Water District

DIANE RATHMANN, State Bar No. 89845
LINNEMAN, BURGESS, TELLES, VAN ATTA,
VIERRA, RATHMANN, WHITEHURST & KEENE
1820 Marguerite Street
Dos Palos, California 93620
Telephone: (209) 392-2141
Facsimile: (209) 392-3964

Attorneys for Plaintiff
San Luis & Delta-Mendota Water Authority

*Additional Counsel Listed on Last Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>    Plaintiffs,<br><br>v.<br><br>PIXLEY IRRIGATION DISTRICT, et al.,<br><br>    Plaintiffs-in-Intervention<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CIV F-97-6140 OWW<br>CIV F-98-5261 OWW<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME TO PREPARE PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION; DECLARATION OF BECKY SHEEHAN IN SUPORT OF EX PARTE APPLICATION; ORDER GRANTING REQUEST FOR EXTENSION** |
| SAVE THE SAN FRANCISCO BAY ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>v. | |

916208.1     -1-     Ex Parte Application for Extension of Time to Prepare
Proposed Order Granting Motion for Reconsideration

PDF created with pdfFactory trial version www.pdffactory.com

| 1 | UNITED STATES DEPARTMENT OF |
| 2 | THE INTERIOR, et al., |
| 3 |         Defendants. |

The San Luis & Delta Mendota Water Authority and Westlands Water District (herein "Authority") hereby apply to the Court *ex parte* for an order extending time to submit the form of order ("Form of Order") consistent with Memorandum Decision Re Motion For Reconsideration, Doc. # 738, May 14, 2009 (herein "Order"). The Authority seeks an extension from the filing deadline pursuant to Fed. R. Civ. P. 6(b)(1)(A).

The Authority is seeking relief because the Order's five day deadline to prepare the Form of Order is insufficient in light of the briefing schedule and hearing in the *San Luis & Delta Mendota Water Authority v. Salazar*, 1:09-cv-00407-OWW-DLB ("*Salazar*") case, which is culminating in a hearing on the preliminary injunction this Friday, May 22, 2009. As the Authority's counsel is also involved in the *Salazar* case, it would be difficult for the Authority to provide the Court with the requested Form of Order by May 21, 2009. This request for an extension is timely. The Authority has not obtained previous extensions of time for filing the Form of Order. Counsel for the Authority has conferred with the other parties. The Federal Defendants and the Environmental Plaintiffs have indicated that they do not object to the Authority's request for an extension of time. In light of the short deadline for filing the Form of Order, it would not be possible to obtain a stipulation indicating agreement from the other parties, thus deciding this request *ex parte* is particularly appropriate.

///
///
///
///
///
///

916208.1                                -2-                    Ex Parte Application for Extension of Time to Prepare
                                                              Proposed Order Granting Motion for Reconsideration

PDF created with pdfFactory trial version www.pdffactory.com

The Authority respectfully requests that the Court extend the deadline for preparing the Form of Order an additional five court days, making the deadline May 28, 2009.

Dated: May 19, 2009

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
DANIEL J. O'HANLON

THOMAS W. BIRMINGHAM

LINNEMAN, BURGESS, TELLES, VAN ATTA, VIERRA, RATHMANN, WHITEHURST & KEENE
DIANE RATHMANN

DIEPENBROCK HARRISON
JON D. RUBIN

By /s/ Becky Sheehan
BECKY SHEEHAN
Attorneys for Plaintiffs
San Luis & Delta-Mendota Water Authority and
Westlands Water District

**DECLARATION OF BECKY SHEEHAN
IN SUPPORT OF EX PARTE APPLICATION**

I, BECKY SHEEHAN, declare as follows:

1. I am employed as an attorney by Kronick, Moskovitz, Tiedemann & Girard. The following facts are within my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On behalf of the San Luis & Delta Mendota Water Authority and Westlands Water District (collectively the "Authority"), I emailed Paul Peters, lead attorney for the Bay Institute of San Francisco, on May 18, 2009, notifying him of the Authority's intention to request an extension of time for filing the form of order ("Form of Order") consistent with the Memorandum Decision Re Motion For Reconsideration, Doc. # 738, May 14, 2009. Mr. Peters responded to my email stating, "Environmental Plaintiffs have no objection."

3. On behalf of the Authority, I emailed Charles Shockey, lead attorney for the Federal Defendants, on May 18, 2009, notifying him of the Authority's intention to request an

extension of time for filing the Form of Order. Mr. Shockey responded to my email stating, "the US has no objection to your requested extension. You may so represent to the court."

4. Daniel O'Hanlon and I are also counsel of record for the Authority in the *San Luis & Delta Mendota Water Authority v. Salazar*, 1:09-cv-00407-OWW-DLB ("*Salazar*") case. Even though the *Salazar* case and this action have not previously been on the same schedule, the Court's May 14, 2009 order was coincidentally issued the day before the Authority's reply brief was due in *Salazar* and the Form of Order is due the day before this Friday's preliminary injunction hearing in *Salazar*. I therefore believe we would greatly benefit from a couple day extension, as it would very difficult for us to prepare the Form of Order this week,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 19, 2009, at Sacramento, California.

/s/ Becky Sheehan
BECKY SHEEHAN

## ORDER

FOR GOOD CAUSE APPEARING, the Plaintiffs' *ex parte* request for an extension of time is GRANTED, and it is hereby ordered that Plaintiffs submit a form of order consistent with the Memorandum Decision Re Motion For Reconsideration, Doc. #738, May 14, 2009, on May 28, 2009.

DATED: May 19, 2009

/s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

*List of Additional Counsel*

THOMAS W. BIRMINGHAM, State Bar No. 110898
WESTLANDS WATER DISTRICT
3130 N. Fresno Street
Fresno, California 93703
Telephone: (559) 224-1523
Facsimile: (559) 241-6277

Attorney for Plaintiff Westlands Water District

JON D. RUBIN, State Bar No. 196944
DIEPENBROCK HARRISON
400 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District

PDF created with pdfFactory trial version www.pdffactory.com