Case 1:97-cv-06140-OWW-DLB   Document 745   Filed 06/01/09   Page 1 of 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants. | 1:97-CV-6140 OWW DLB<br>1:98-CV-5261 OWW DLB<br><br>ORDER RE MOTION FOR RECONSIDERATION |
| SAVE SAN FRANCISCO BAY Assoc., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants. | |

The motion for reconsideration brought by San Luis & Delta-Mendota Water Authority and Westlands Water District ("Plaintiffs") was heard May 1, 2009.  Daniel J. O'Hanlon of Kronick, Moskovitz, Tiedemann & Girard appeared as counsel for Plaintiffs; Jeanne M. Zolezzi of Herum Crabtree appeared as

1

1  counsel for Stockton East Water District ("Intervenor
2  Plaintiff"); Charles Shockey, United States Department of
3  Justice, appeared as counsel for the United States Bureau of
4  Reclamation and the United States Fish and Wildlife Service
5  ("Federal Defendants"); and Paul A. Peters of Hines & Thomas
6  appeared as counsel for Save San Francisco Bay Association, The
7  Bay Institute of San Francisco, and the Pacific Coast Federation
8  of Fishermen's Associations ("Environmental Plaintiffs").
9        Plaintiffs moved for reconsideration of the Court's
10 Memorandum Decision and Order Granting in Part and Denying in
11 Part Cross-Motions for Summary Judgment, filed September 19, 2008
12 (Doc. 711) ("September 2008 Memorandum Decision").  The motion
13 sought reconsideration on the issue of whether the Delta outflow
14 and Vernalis flow numeric standards in the 1995 Water Quality
15 Control Plan for the San Francisco Bay/San Joaquin Estuary
16 ("WQCP") were intended to contribute toward implementation of the
17 narrative fish doubling standard contained in the WQCP.  Having
18 considered the papers and evidence submitted by the parties, and
19 having heard the argument of counsel, and for the reasons
20 explained in the Court's Memorandum Decision Re Motion For
21 Reconsideration (Doc. 715), filed May 15, 2009 (Doc. 738), IT IS
22 HEREBY ORDERED as follows:
23      1. The Plaintiffs' motion to reconsider the ruling in the
24 September 2008 Memorandum Decision regarding the intended effect
25 of the Delta outflow and Vernalis flow numeric standards in the
26 WQCP is GRANTED.  To the extent that the September 2008
27 Memorandum Decision determined that these two WQCP numeric
28 objectives do not contribute toward the narrative salmon doubling

goal in the WQCP, the September 2008 Memorandum Decision was incorrect.  The California State Water Resources Control Board intended that these two numeric flow standards in the 1995 WQCP contribute toward meeting the narrative fish doubling goal in that WQCP.

   2. This correction of the September 2008 Memorandum Decision does not alter the Court's ruling in the September 2008 Memorandum Decision regarding accounting for the June 2004 actions.  Based on the record before the Court, and the unique conditions that then existed, Federal Defendants did not abuse their discretion in not counting the releases made in late June 2004 to meet the Delta outflow standard and the Vernalis flow standard against the annual 800,000 AF (b)(2) allocation.

   3. In the future, the Federal Defendants should provide clear explanations why multi-purpose CVP water use that partially benefits anadromous fish should or should not be charged against the annual 800,000 AF (b)(2) allocation.

SO ORDERED
Dated: June 1, 2009

                           /s/ Oliver W. Wanger
                           Oliver W. Wanger
                           United States District Judge