# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. <br> ──────────────────────── <br> SAVE SAN FRANCISCO BAY ASSOC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | 1:97-cv-6140 OWW DLB <br> 1:98-cv-5261 OWW DLB <br><br> **ORDER TO SHOW CAUSE WHY STOCKTON EAST WATER DISTRICT'S SUPPLEMENTAL COMPLAINT (DOC. 648) SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION.** |

On May 19, 2006, Stockton East Water District ("Stockton") filed a Supplemental Complaint for Injunctive Relief.  Doc. 648, May 24, 2006.  Stockton has taken no action on this complaint since its filing.  Stockton is ordered to show cause in writing on or before September 14, 2009, why the entire supplemental complaint should not be dismissed for lack of prosecution.

**SO ORDERED**

**Dated: September 4, 2009**           /s/ Oliver W. Wanger
                                             **OLIVER W. WANGER**
                                             **UNITED STATES DISTRICT JUDGE**