**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT, | ) ) ) ) |
| Plaintiffs, | ) 1:97-cv-6140 OWW DLB |
| | ) 1:98-cv-5261 OWW DLB |
| v. | ) (Consolidated) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) **ORDER TO SHOW CAUSE WHY ANY** ) **REMAINING CLAIMS IN THIS CASE** ) **SHOULD NOT BE DISMISSED FOR** |
| Defendants. | ) **LACK OF PROSECUTION.** |
| | ) |
| SAVE SAN FRANCISCO BAY ASSOC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff in Intervention Stockton East Water District ("SEWD") recently filed a

stipulation voluntarily dismissing, without prejudice, all remaining claims between SEWD and

the Federal Defendants.  Doc. 747, filed Sept. 4, 2009.  SEWD requests to "remain an intervenor

in the action with respect to the remaining claims of the other parties."  Doc. 747 at 2.  However,

the only claims that have been actively prosecuted within the last two years are those raised by

San Luis & Delta Mendota Water Authority's supplemental complaint, filed May 19, 2006.  Doc.

646.  San Luis' supplemental claims were resolved by the district court's June 1, 2009 Order Re

Motion for Reconsideration.  Doc. 745.  Apart from San Luis' supplemental claims, on which judgment will be entered, and SEWD's claims, for which a stipulation of dismissal has been lodged, all parties in both of the above-captioned cases are ordered to show cause in writing on or before September 21, 2009, why any remaining claims should not be dismissed for lack of prosecution.

**SO ORDERED**

**Dated:  September 9, 2009**              **/s/ Oliver W. Wanger__**
                                        **Oliver W. Wanger**
                                    **United States District Judge**