JEANNE M. ZOLEZZI – SBN 121282
JENNIFER SPALETTA - SBN 200032
**HERUM CRABTREE**
*A California Professional Corporation*
2291 WEST MARCH LANE, SUITE B100
STOCKTON, CALIFORNIA 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986
jzolezzi@herumcrabtree.com
jspaletta@herumcrabtree.com

Attorneys for Plaintiff-in-Intervention
Stockton East Water District

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | 1:97-cv-6140 OWW DLB<br>1:98-cv-5261-OWW DLB<br>(Consolidated)<br><br>**STIPULATION AND APPLICATION FOR ORDER FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| SAVE THE SAN FRANCISCO BAY ASSOCIATION, et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | |

WHEREAS, Plaintiff San Luis and Delta Mendota Water Authority initiated this action in 2007. This Court granted Plaintiff in Intervention Stockton East Water District's ("SEWD") motion to intervene in 1998. SEWD filed its Amended Complaint for Injunctive Relief on December 1, 1999 (Docket # 267). SEWD's Amended Complaint included five claims for relief.

WHEREAS, claims one and two of SEWD's Amended Complaint were finally resolved by the Court's Partial Final Judgment entered on March 20, 2002 (Docket # 491) and related appeals.

WHEREAS, on May 24, 2006 SEWD filed its Supplemental Complaint for Injunctive Relief (Docket #648), essentially bringing claims three, four and five from its Amended Complaint current. To date, the various motions for summary judgment decided by the court have not addressed claims three, four and five from SEWD's Amended Complaint, or as brought current through SEWD's Supplemental Complaint of May 2006.

WHEREAS, SEWD no longer desires to pursue claims three, four and five of its Amended Complaint, or any of the claims in its Supplemental Complaint and has agreed with the United States et al. (the "Federal Defendants") to dismiss these claims, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear its own fees and costs, provided that SEWD is permitted to remain an intervenor in the action with respect to the remaining claims of the other parties. This dismissal will resolve all remaining claims between SEWD and the Federal Defendants in this action.

THEREFORE, the parties request that the Court dismiss without prejudice counts three, four and five of SEWD's Amended Complaint and all claims in SEWD's Supplemental Complaint of May 2006, but allow SEWD to remain an intervenor in the action with respect to the remaining claims of the other parties.

//
//
//

IT IS SO STIPULATED.

Dated: September 4, 2009

HERUM CRABTREE
*A California Professional Corporation*

By: /s/ Jennifer L. Spaletta
JENNIFER L. SPALETTA
Attorneys for Plaintiff-in-Intervention
STOCKTON EAST WATER DISTRICT

Dated: September 4, 2009

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES
DIVISION

By /s/ Charles R. Shockey
CHARLES R. SHOCKEY
Attorneys for Federal Defendants

**ORDER**

IT IS SO ORDERED.

Dated: 09/23/09

/s/ Oliver W. Wanger
OLIVER W. WANGER
United States District Judge

STIPULATION AND APPLICATION FOR ORDER FOR DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)