**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants.<br>_____<br>SAVE SAN FRANCISCO BAY ASSOC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants. | 1:97-cv-6140 OWW DLB<br>1:98-cv-5261 OWW DLB<br><br>**ORDER RE JUDGMENT ON SAN LUIS' SUPPLEMENTAL CLAIMS, DISMISSING STOCKTON'S REMAINING CLAIMS, AND DIRECTING CLERK TO CLOSE CASES** |

　　　　On May 19, 2006, San Luis & Delta-Mendota Water Authority, et al., ("San Luis") filed a Supplemental Complaint for Declaratory and Injunctive Relief Re (B)(2) Accounting for the 2004 (B)(2) Accounting Year.  Doc. 646.  Having found that Federal Defendants did not abuse their discretion in connection with the two challenged sets of actions, summary judgment was entered in favor of Federal Defendants and against San Luis.  Doc. 711, filed September 19, 2008.  San Luis' motion for reconsideration of part of the September 19, 2008 summary judgment decision was granted, but the overall conclusion was not altered.  Doc. 739, filed May

14, 2009.  Accordingly, JUDGMENT IS ENTERED on San Luis' Supplemental Complaint in favor of Federal Defendants and against San Luis.

In addition, the parties have stipulated to voluntary dismissal of Plaintiff in Intervention, Stockton East Water District's remaining claims against the Federal Defendants.  These claims are DISMISSED WITHOUT PREJUDICE. Doc. 753.

Judgment has been entered in these cases on all other claims as to all other parties. Accordingly, the clerk is directed to CLOSE these cases.


**SO ORDERED**

**Dated: September 23, 2009**                           **/s/ Oliver W. Wanger**
                                                       **Oliver W. Wanger**
                                                       **United States District Court**